

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00727-CV

Enjoli **WYNN**,
Appellant

v.

**SILVER OAKS APARTMENTS, LTD.**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 380959
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 8, 2014.

_____
Karen Angelini, Justice